**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ERIC LAVELL MURRY,                                                                                    PLAINTIFF
ADC # 096072

V.                                      3:10-CV-00071-JMM-JJV

DICK BUSBY, Sheriff, Crittenden County; T. BONNER,
Employee, Crittenden County Detention Center; ZANE
BOYD, Employee, Crittenden County Detention Center;
S. MOBLEY, Employee, Crittenden County Detention Center                     DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff shall file an Amended Complaint, within thirty (30) days of the entry date of this recommendation, setting forth the specifically-requested information outlined in the Recommended Partial Disposition;

2.      Plaintiff's Motion to Amend (Doc. No. 4) is DENIED; and

3.      Plaintiff's Motion for Discovery (Doc. No. 8) is terminated as a motion. Defendants are directed to respond to Docket Number 8 as Plaintiff's discovery request, and proceed as required by the Federal Rules of Civil Procedure.

DATED this   24   day of May, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE