**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ERIC LAVELL MURRY,                                                                 PLAINTIFF
ADC # 096072

V.                          3:10-CV-00071-JMM-JJV

DICK BUSBY, Sheriff, Crittenden
County; *et al.*                                                     DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this  30   day of August, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1